**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-1927**

HARRIETT WILLIAMS,

Plaintiff - Appellant,

v.

ATRIUM HEALTH; GENE WOODS, CFO, President; MANAGER, First and Last; ATRIUM HEALTH HUMAN RESOURCES MEMBER,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Frank D. Whitney, Senior District Judge.  (3:24-cv-00769-FDW-DCK)

Submitted:  February 20, 2025                    Decided:  February 24, 2025

Before AGEE, HARRIS, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Harriett Williams, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Harriett Williams appeals the district court's order dismissing without prejudice her claims under Title VII, the Americans with Disabilities Act, and the Fair Labor Standards Act, as time-barred.  We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order.  *Williams v. Atrium Health*, No. 3:24-cv-000769-FDW-DCK (W.D.N.C. Sept. 19, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
